# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| Natalie Elayne Johnson, | Case No.:2:17-bk-10288-EPB |
| Debtor. | **ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSE** |

The court has received Debtor's *Chapter 13 Plan and Application for Payment of Administrative Expenses and Notice of Date to File Objection* and the *Certificate of Service and No Objection to Order Approving Payment of Administrative Expense*. The Court finds that Debtor's attorney agreed to perform all of the services described in Part (F) of the chapter 13 plan for a total sum of $4,310.00 and that Debtor's attorney received $190.00 prior to filing this case. The Court further finds that Debtor's attorney performed all of the services agreed, including a motion to incur debt and a stipulated order confirming the plan (though initially rejected by the Debtor). For good cause appearing,

**IT IS ORDERED**, authorizing the Chapter 13 trustee to pay to Debtor's attorney the sum of $4,310.00 for a total fee award of $4,500.00.

**IT IS FURTHER ORDERED**, the allowed administrative expenses are to be paid through the Plan upon confirmation or upon dismissal of the Debtor's Chapter 13 case, to the extent that funds are available, and provided that such payment does not prejudice creditors with equal or higher priority.

**DATED AND SIGNED ABOVE**