**SO ORDERED.**

Dated: May 7, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry Order

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

### Hearing Information:

**Debtor:** NATALIE ELAYNE JOHNSON
**Case Number:** 2:16-BK-10288-EPB   **Chapter:** 13
**Date / Time / Room:** FRIDAY, MAY 04, 2018 10:30 AM   7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** MARGARET KELLY

### Matters:

1) CONTINUED STATUS HEARING ON DEBTOR'S CHAPTER 13 PLAN
   R / M #: 49 / 0

2) HEARING ON WHETHER THIS CASE SHOULD BE CONVERTED OR DISMISSED
   R / M #: 0 / 0

3) DEBTOR'S OBJECTION TO ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSES
   R / M #: 79 / 0

### Appearances:

RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN, TRUSTEE (T)
CHRISTOPHER JAMES DUTKIEWICZ, ATTORNEY FOR NATALIE ELAYNE JOHNSON
DAVID L. KNAPPER, ATTORNEY FOR PENSCO TRUST COMPANY CUSTODIAN FBO MARK A. GREENBERG IRA (T)
NATALIE JOHNSON, DEBTOR (T)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry Order

(continue)... 2:16-BK-10288-EPB            FRIDAY, MAY 04, 2018 10:30 AM

## Proceedings:

### ITEM # 1 & ITEM # 2

Ms. Flinn informs the Court that an agreement has been reached with Ms. Johnson and Mr. Knapper. She has circulated a proposed stipulated order of confirmation regarding a new plan payment schedule resolving the issue of post-petition fees. She states that everyone agrees that as long as Ms. Johnson remains current on plan payments and post-petition mortgage payments through July, Pensco will sign off on the stipulated order confirming plan. During this time period, Mr. Knapper has also agreed to keep his attorney fees on hold.

The Court suggests continuing the hearing to early August.

Ms. Flinn agrees.

The Court calls for any objections. There are no objections.

COURT:  IT IS ORDERED continuing this matter to August 10, 2018 at 10:30 a.m., subject to vacate upon the filing of a stipulated order of confirmation.

### ITEM # 3

The Court asks if the parties have any additional arguments to present.

Ms. Johnson has stated everything in her objection.

Mr. Dutkiewicz states that the firm has complied with the requirements of Rule 2084-3 for the awarding of attorney fees. He believes the docket speaks for itself though it does not show the approximate 500 emails exchanged with the Debtor. He asks that the full flat fee be awarded.

COURT:  IT IS ORDERED taking this matter under advisement.

**LATER:**

After further review,

IT IS ORDERED denying Debtor's pending objection to former counsel's fee award request.