# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | NATALIE ELAYNE JOHNSON |
| **Case Number:** | 2:16-BK-10288-EPB   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 18, 2019 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | KAYLA COLASONT |

## *Matters:*

1) CONTINUED HEARING ON TRUSTEE'S MOTION FOR A COURT ORDER ALLOWING TRUSTEE TO LIMIT COMMUNICATION WITH DEBTOR PURSUANT TO 11 U.S.C. § 704(A)(7)
   **R / M #:**   98 / 0

2) CONTINUED EXPEDITED HEARING ON DEBTOR'S MOTION TO INCUR NEW DEBT AND TO REMOVE MORTGAGE, ARREARAGES, MORTGAGE HOLDER'S ATTORNEY'S FEES, HOMEOWNERS ASSOCIATION FEES AND FEDERAL TAXES FROM CHAPTER 13
   **R / M #:**   103 / 0

## *Appearances:*

RACHEL ELIZABETH FLINN, ATTORNEY FOR RUSSELL BROWN
NATALIE JOHNSON, PRO SE DEBTOR

Page 1 of 2

Case 2:16-bk-10288-EPB   Doc 116   Filed 06/18/19   Entered 06/19/19 09:54:44   Desc
Main Document    Page 1 of 2                         06/19/2019  9:54:34AM

# Minute Entry

(continue)...  2:16-BK-10288-EPB        TUESDAY, JUNE 18, 2019 01:30 PM

## *Proceedings:*

**ITEM # 2**

The Court notes that the pending objection has been resolved by Ms. Johnson agreeing to pay the amount the creditor claimed.

Ms. Johnson agrees. She states that the loan should be approved by June 21, 2019 so it can fund on July 5, 2019 or July 7, 2019. She notes that Mr. Knapper is aware and agreeable to the dates.

Ms. Flinn states that if the title company is okay without the HOA being paid in full, she is fine with it. The amount due to the HOA that is to be paid through the plan is $4,857.00. She notes that usually the HOA is paid directly at the time of closing and Debtor will then stop making payments through the plan.

Ms. Johnson agrees to have the HOA paid.

COURT: IT IS ORDERED directing Ms. Flinn to prepare an appropriate form of order and circulate it to the Debtor and Mr. Knapper.

**ITEM # 1**

The Court has read the motion and at this point in the case, believes there is no need for Debtor to communicate with the Trustee's Office.

Ms. Johnson agrees and apologizes to the Court. She notes that she intends to use some of the money to obtain counsel.

COURT: IT IS ORDERED granting the motion with the provision that until Ms. Johnson obtains counsel, she is to file any pleadings with the court. The Court directs Ms. Flinn to upload an appropriate form of order.

Notice sent through the
Bankruptcy Noticing Center "BNC"
on 06-19-2019 to the following:

Natalie Johnson
625 W. Westwood Circle, Unit 172
Mesa, AZ 85210